IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM B. HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-996-CFC-SRF |
| | ) | |
| DELAWARE STATE POLICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington on this 3rd Day of November in 2026, having considered the Report and Recommendation by United States Magistrate Judge Sherry R. Fallon filed on October 13, 2026 (D.I. 9), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 9) is **ADOPTED**.

2. The complaint (D.I. 3) is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. Plaintiff's claims against the Delaware State Police are **DISMISSED WITH PREJUDICE.** Amendment is futile.

4. All other claims are **DISMISSED WITHOUT PREJUDICE.**

5. Plaintiff will be afforded one final opportunity to amend the complaint. Plaintiff is granted leave until **December 3, 2026** to file an amended complaint remedying the deficiencies noted in the Report and Recommendation for the claims dismissed without prejudice. The case will be closed should Plaintiff fail to timely file an amended complaint by that date.

6. If Plaintiff files an amended complaint that does not cure the deficiencies discussed in the Magistrate Judge's October 13, 2026 Report and Recommendation, the amended complaint will be dismissed with prejudice and the case will be closed.

Chief Judge